

# INVOICE

Invoice # 7900
Date: 05/12/2025
Due On: 06/11/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

DeAndre Juwan Fairley

### 05604-Fairley DeAndre Juwan

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | KR | 01/06/2025 | Draft Fee Application and Proposed Order: Drafted the lodestar using the calculations from the 1st invoice; drafted Application for Compensation using the calculations from the 1st invoice and lodestar; drafted notice and proposed order; | 0.70 | $0.00 | $0.00 |
| Service | KR | 01/06/2025 | Drafted email to VM with the affidavit to notarize for the Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/06/2025 | Drafted email memo to TR with the Application for Compensation, the exhibits A, the lodestar, the Notice and the Proposed Order to review | 0.10 | $0.00 | $0.00 |
| Service | TR | 01/07/2025 | Review and approve fee app drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/07/2025 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/07/2025 | Reviewed email memo from VM with the affidavit for the Application for Compensation; merged the affidavit with the Application for Compensation; | 0.10 | $0.00 | $0.00 |
| Service | CO | 01/07/2025 | Review and organize documents provided by debtor: Organized missing pay, bank statements, redacted taxes and uploaded all | 0.60 | $100.00 | $60.00 |

Invoice # 7900 - 05/12/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | documents per Trustee requirements to document portal. | | | |
| Service | KR | 01/08/2025 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the Certificate of Compliance - Payment Advices Filed with Trustee for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/08/2025 | Reviewed Motion to Disburse; prepared the Notice and the Motion to Disburse for upload to Certificate of Service | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/08/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice with the Declaration of Mailing attached, the Application for Compensation, Exhibits A, C, and the Proposed Order for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | KR | 01/08/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Disburse Funds, the Proposed Order and the 21 Day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | CO | 01/08/2025 | Incoming Call: Phone conference with debtor regarding my last email requesting tax returns for 2018, 2020 and 2021. Explained that the IRS had no record of him filing for those years and requested the debtor complete and sign the returns before January 16, 2025. Forwarded email from the IRS requesting the returns and attached copies of the returns for the debtor to fill out and return to us. | 0.30 | $100.00 | $30.00 |
| Service | BB | 01/14/2025 | Contact Debtor (Text/Email): Reviewed best case for debtors Trustee for the link for their meeting of creditors. Drafted courtesy reminder text with the meeting information for their meeting of creditors zoom for tomorrow. | 0.10 | $100.00 | $10.00 |
| Service | TR | 01/15/2025 | Ch 13 Meeting of Creditors David Rawlings | 0.50 | $360.00 | $180.00 |
| Service | CO | 01/17/2025 | Call Debtor: Phone conference with debtor to request he use the tax transcripts he sent to fill out the tax | 0.10 | $100.00 | $10.00 |

Invoice # 7900 - 05/12/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | returns requested by the IRS and return to us. | | | |
| Service | CO | 01/24/2025 | Administrative - non-billable work: Phone conference with KR regarding Get Signed taxes tasks. | 0.20 | $0.00 | $0.00 |
| Service | JAC | 01/24/2025 | Review: 24-51697-KMS Trustee's Objection to Confirmation of Plan Document# 19 | 0.20 | $360.00 | $72.00 |
| Service | CO | 01/27/2025 | Contact Debtor (Text/Email): Drafted text to debtor informing him his trustee filed a motion to dismiss due to lack of taxes and request he provide them as soon as possible. | 0.10 | $100.00 | $10.00 |
| Service | CO | 01/27/2025 | Incoming Call: Phone conference with debtor with questions regarding the text about providing tax returns. Debtor stated he didn't know how to use the transcripts to fill out the returns. Advised debtor to use his most recent or a blank W2 to pull the relevant figures and plug them in like he normally would. | 0.20 | $100.00 | $20.00 |
| Service | CO | 01/28/2025 | Review and organize documents provided by debtor: Reviewed email from debtor with signed tax returns. Separated files by year and organized in client's file. Sent email to debtor confirming receipt and advised he mail them if he hadn't already. | 0.20 | $100.00 | $20.00 |
| Service | CO | 01/29/2025 | Review and respond to email memo: Reviewed email from debtor asking if he had to mail in his back taxes. Informed debtor he did in order for them to be filed and to mail them to the address provided in my previous email. The debtor responded by asking which documents and I responded by instructing him to send the IRS the forms he provided for us. | 0.20 | $100.00 | $20.00 |
| Service | KR | 01/29/2025 | Review and organize documents provided by debtor: Reviewed signed taxes from debtor; created task for CO to inform debtor some of the totals are not legible and that we are missing the schedules | 0.20 | $155.00 | $31.00 |
| Service | CO | 01/30/2025 | Call Debtor: Called debtor to inform to review my email regarding the tax returns he sent us. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 01/31/2025 | Contact Debtor (Text/Email): Text debtor requesting they forward their filed taxes as soon as possible. | 0.10 | $0.00 | $0.00 |
| Service | BM | 02/03/2025 | Review: Proof of Claim 24-51697-KMS Nissan Motor Acceptance Company LLC Document # 3-sent to attorney for further review. | 0.10 | $0.00 | $0.00 |
| Service | CO | 02/04/2025 | Contact Debtor (Text/Email): Sent text to debtor requesting filed tax returns. | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/04/2025 | Call Debtor: Telephone conference with debtor; explained the urgency of the tax documents needed; he will get this done today and email them tonight; updated CO task as well | 0.10 | $155.00 | $15.50 |
| Service | JAC | 02/04/2025 | Review: Proof of Claim 24-51697-KMS Nissan Motor Acceptance Company LLC Document # 3 | 0.20 | $360.00 | $72.00 |
| Service | CO | 02/05/2025 | Incoming Call: Phone conference with debtor stating he tried filing with Turbo Tax but it stated he had to print and mail them to be processed. We reviewed other online filing services and they all said the same. Instructed debtor to use any online filing service to get them done correctly, print them out, sign them, send us a digital copy and forward the hard copy to the mailing address provided in my previous email. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 02/05/2025 | Review: 24-51697-KMS Order on Application for Compensation Document# 22 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/05/2025 | Review: Proof of Claim 24-51697-KMS Capital Community Bank Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/05/2025 | Review: 24-51697-KMS Hearing Set - Bankruptcy Document# 21 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/05/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.10 | $360.00 | $36.00 |
| Service | CO | 02/06/2025 | Review and organize documents provided by debtor: Reviewed 3 emails from debtor with copies of his tax returns. Reviewed the forms; drafted email response to debtor requesting he sign them and scan | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | them back to us and then mail them to the IRS. | | | |
| Service | KR | 02/06/2025 | Review and respond to email memo: Reviewed email memo from CO re: 2018,2020 and 2021 taxes; reviewed taxes drafted email memo to CO informing her we a signed copy | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/06/2025 | Telephone conference with CO about emailing the taxes to sign and how he needs to sign them and mail them to the IRS as well | 0.10 | $0.00 | $0.00 |
| Service | CO | 02/06/2025 | Contact Debtor (Text/Email): Organized tax forms in client's file and sent for e-signature. Drafted text to debtor requesting he sign them. | 0.20 | $100.00 | $20.00 |
| Service | KR | 02/06/2025 | Reviewed signed taxes from debtor; reviewed court docket for the original claim filed by the IRS; drafted email to the IRS provided the estimated tax years and requesting an amended claim to be filed | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/06/2025 | Drafted email memo to TR re: Trustee's Objection for missing tax years | 0.10 | $155.00 | $15.50 |
| Service | BM | 02/07/2025 | Review: Proof of Claim 24-51697-KMS Department of Treasury Document # Amended 2. Sent to attorney for further review | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/10/2025 | Reviewed court docket to verify if the amended claim was filed by the IRS; drafted email memo to TR re: amended claim | 0.10 | $155.00 | $15.50 |
| Service | JAC | 02/10/2025 | Review: Proof of Claim 24-51697-KMS Department of Treasury Document # Amended 2 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 02/19/2025 | upload AO to ecf - Hearing 2/20/2025 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/19/2025 | Review: 24-51697-KMS Minute Entry (CHAP) Document# 25 | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/21/2025 | Review: 24-51697-KMS Order on Generic Motion Document# 26 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/04/2025 | Review: 24-51697-KMS Notice of Requirement to Complete Course in Financial Management (ADI) Document# 28 | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/05/2025 | Contact Debtor (Text/Email): Drafted | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email to debtor reminding him of the 2nd course he needs to complete; provided the information for the 2nd credit counseling course | | | |
| Service | TR | 03/12/2025 | Email Sam Duncan re: TT OBJ and IRS calim | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/17/2025 | Review: 24-51697-KMS Minute Entry (CHAP) Document# 30 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/17/2025 | Review: 24-51697-KMS Order on Objection to Confirmation Document# 31 | 0.10 | $0.00 | $0.00 |
| Service | TR | 03/18/2025 | Review and sing proposed confirmation order via email | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/20/2025 | Review: 24-51697-KMS Order Confirming Chapter 13 Plan Document# 32 | 0.10 | $0.00 | $0.00 |
| Service | TR | 05/09/2025 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/12/2025 | Reviewed court docket for previous order and invoice filed; drafted 1st part of the Application using totals from the previous order and invoice; reviewed the Trustee's website to verify amount of attorney fees disbursed | 0.30 | $155.00 | $46.50 |
| | | | | **Services Subtotal** | | **$1,141.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 01/08/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $22.23 | $22.23 |
| Expense | 01/08/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $12.47 | $12.47 |
| Expense | 05/12/2025 | Estimated Mailing Expense for 2nd Application for Compensation (certificateofservice.com) | 1.00 | $19.37 | $19.37 |
| | | | **Expenses Subtotal** | | **$54.07** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.1 | $360.00 | $396.00 |
| Jennifer Curry Calvillo | Attorney | 0.5 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.8 | $360.00 | $288.00 |

Invoice # 7900 - 05/12/2025

| | | | | |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 0.3 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Breanne McDaniel | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Clara Ortega | Non-Attorney | 2.3 | $100.00 | $230.00 |
| Clara Ortega | Non-Attorney | 0.4 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 1.4 | $155.00 | $217.00 |
| Kerri Rodabough | Non-Attorney | 1.7 | $0.00 | $0.00 |
| | | | Subtotal | $1,195.07 |
| | | | Total | $1,195.07 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7413 | 02/05/2025 | $2,645.84 | $0.00 | $2,645.84 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7900 | 06/11/2025 | $1,195.07 | $0.00 | $1,195.07 |
| | | | Outstanding Balance | $3,840.91 |
| | | | Total Amount Outstanding | $3,840.91 |

5/12/25, 3:52 PM                                     Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?   `4`   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?   `13`   parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.   `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.   `1`

**Disclaimer & User Agreement:**

```
         By clicking on the 'Get Estimate' button below,
you (hereafter "User") agree to the following terms and
conditions. This quote is for estimation purposes and is not a
guarantee of cost for services. Quote is based on current
information from User about the mailing project requirements. It
does not constitute a review by BK Attorney Services, LLC for
pricing on the actual cost of mailing a particular project. Many
factors may or may not be known at the time of obtaining the
estimate.  Changes in addresses, changes in documents,
international mail costs and other factors all influence the
```

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

26
| | |
|---|---|
| Date and Time: | Mon May 12 2025 15:52:31 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 52 |
| Sheets Per Envelope | 2 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                              9.88 |
| Postage Cost: | $                                              9.49 |
| Total Cost: | $                                             19.37 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED